**ROMANO & ROMANO, ESQS.**
**573 Bloomfield Avenue**
**Verona, NJ 07044**
**TEL. (973) 857-0788**
**FAX. (973) 857-9261**
**Attorneys for Plaintiff**




**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO. 02-44262 (MS)** |
| **ANTHONY CZYZ** | **CHAPTER 13** |
| **Debtor** | **CERTIFICATION OF AMOUNT DUE IN OPPOSITION TO DEBTORS MOTION TO REDUCE, MODIFY AND EXPUNGE CLAIMS OF PNC** |

I, Janet B. Romano, hereby certify and says:

1. I am an attorney at law of the State of New Jersey and a partner in the firm of Romano and Romano, Attorneys for PNC Bank in the above captioned matter. I am fully familiar with the facts in regard to the above captioned matter.

2. On May 26, 2000, PNC National Bank obtained a judgment against Anthony Czyz in the sum of $65,811.28 plus costs. A copy of the judgment is attached hereto as Exhibit A.

3. Subsequent to the judgment, I levied on the defendant's bank account, Summit Bank.

4. On October 6, 2000, I obtained a Court Order requiring Summit Bank to turnover the sum of $1,982.63 to the Passaic County Sheriff's Office. A copy of the Order is attached hereto as Exhibit B.

5. A copy of the Affidavit of Service from the Passaic County Sheriff is attached hereto as Exhibit C.

6. Subsequently, plaintiff levied on any and all monies which the defendant

was to receive from AllState Insurance Company. As a result of that levy, plaintiff collected a total of $10,296.93. Copies of the checks which I received from the Bergen County Sheriff are attached hereto as Exhibit D1 through D4.

7. As of November 21, 2002, the date that the Debtor filed this Chapter 13 Petition, the total amount due on the judgment is $65,114.15 as set forth in Exhibit E.

8. Plaintiff's claim is secured by the defendant's accounts receivable set forth in the Proof of Claim previously filed with the Bank.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the statements made are willfully false, I am subject to punishment.

June 11, 2003

Janet B. Romano

RECORDED AS A LIEN JUN 01 2000

FILED

MAY 26 2000

ANTHONY J. GRAZIANO
JUDGE, SUPERIOR COURT

ROMANO & ROMANO, ESQS.
573 Bloomfield Ave,
Verona, NJ 07044
(973) 857-0788
Attorneys for Plaintiff

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION | : | SUPERIOR COURT OF NJ LAW DIVISION PASSAIC COUNTY |
| Plaintiff | : | |
| vs. | : | CIVIL ACTION |
| ANTHONY CZYZ d/b/a GREATER PASSAIC CHIROPRACTIC CENTER ANTHONY CZYZ, D.C. | : | DOCKET NO. L-5878-99 |
| | : | ORDER ENTERING JUDGMENT |
| Defendant. | : | |

104178-00

This matter having come before the Court on a Motion For Summary Judgment filed by the plaintiff; and Janet B. Romano of Romano and Romano, appearing on behalf of the plaintiff, and Savino J. Russoniello, Jr., Esq. appearing on behalf of the defendant, Anthony Czyz d/b/a Greater Passaic Chiropractic Center and Anthony Czyz, D.C.:

It is on this 26 day of May, 2000

ORDERED that Judgment be granted in favor of the plaintiff PNC BANK, NATIONAL ASSOCIATION and against the defendant Anthony Czyz d/b/a Greater Passaic Chiropractic Center and Anthony Czyz, D.C. in the sum of $63,041.78 plus attorneys fees as set forth in the Affidavit of Services in the sum of $2,769.50, or in all the sum of $65,811.28 plus costs.

It is FURTHER ORDERED, that a copy of this Order be served upon all counsel within seven (7) days hereof.

_________________________ J.S.C.

PAPERS FILED WITH THE COURT;

_______ Movant's Notice of Motion
_______ Movant's Affidavits
_______ Movant's Brief
_______ Answering Affidavits
_______ Answering Brief
_______ Cross-Motion
_______ Movant's Reply
_______ Other

FILED

OCT 06 2000

ANTHONY J. GRAZIANO
JUDGE, SUPERIOR COURT

ROMANO & ROMANO, ESQS.
573 Bloomfield Ave,
Verona, NJ 07044
(201) 857-0788
Attorneys for Plaintiff

| | |
|---|---|
| PNC BANK NATIONAL ASSOCIATION<br><br>Plaintiff(s)<br><br>vs.<br><br>ANTHONY CZYZ d/b/a GREATER PASSAIC CHIROPRACTIC CENTER<br>ANTHONY CZYZ, D.C.<br><br>Defendant(s). | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>PASSAIC COUNTY<br><br>CIVIL ACTION<br><br>DOCKET NO: L-5878-99<br>J-104178-00<br><br>**ORDER** |

This matter having been opened to the Court by Janet B. Romano, of Romano & Romano, Esqs., attorneys for plaintiff, on an application to compel **SUMMT BANK** to turn over to the Sheriff of **Passaic** County the sum of **$1,982.63** to be credited towards the outstanding judgment entered in this matter which funds are being held by **Summit Bank** pursuant to a Writ of Execution on behalf of the plaintiff;

It is on this 6 day of Oct, 2000

ORDERED, that **Summit Bank** shall turn over the sum of **$1,982.63** to the **Passaic** County Sheriff's Office.

IT IS FURTHER ORDERED that a copy of this Order be served upon all parties within seven (7) days of the date of this Order.

Anthony J. Graziano
J.S.C.

# Office of the Sheriff

**PASSAIC COUNTY**

*Sheriff Edwin Englehardt*

JOHN BONAZZI
CURTIS TAYLOR
R. J. ANDREANO
*Undersheriffs*

P.O. BOX 2437
PATERSON, NJ 07509
(973) 881-4200
Fax (973) 881-4241




November 21, 2000

Janet B. Romano, Esq.
Romano & Romano
573 Bloomfield Avenue
Verona, NJ 07044

RE: PNC BANK, ETC.
VS ANTHONY CZYZ D/B/A GREATER PASSAIC
CONTROL #: L0000383 ATTY. FILE #:
DOCKET #: L 5878 99 J 104178 00
PASS 725 00

Dear Ms. Romano:

Enclosed please find Sheriff's check in the amount of $1,982.63 representing turnover of funds in regard to the above indicated matter.

Thank you for your cooperation.

IMPORTANT: IF YOU DO NOT DEPOSIT THIS CHECK INTO YOUR ACCOUNT, IT MUST BE ENDORSED BY YOUR OFFICE PRIOR TO PAYING TO THE ORDER OF YOUR CLIENT. IF NOT PROPERLY ENDORSED, THE BANK WILL NOT HONOR IT.

Very truly yours,

NOV 2000

Edwin Englehardt, Sheriff

*Marilynn Mc Coy*

BY: Marilynn Mc Coy
973-881-4234

EE:mm
enc.

15344

PLAINTIFF DISBURSEMENT

066049 015344

COURT
DOCKET #
L512899

SHERIFF'S
NUMBER
I 908570

RE: PNC BANK, NATIONAL ASSOCIATION

VS: ANTHONY CEYI D/B/A GREATER PASSAIC CHIROPRACTIC CE

| DATE | CHECK AMT. |
|---|---|
| 12/27/00 | 2,751.52 |

2000

**COUNTY OF BERGEN**
**OFFICE OF THE SHERIFF**
GENERAL ACCOUNT
1 COURT ST.
HACKENSACK, NJ 07601

THE TOWNE CENTER BANK
15 WASHINGTON STREET
LODI, NJ 07644

15344

55-1338/212
01

TWO THOUSAND SEVEN HUNDRED FIFTY ONE AND 52/100 DOLLARS

| DATE | AMOUNT |
|---|---|
| 12/27/00 | 2,751.52 |

PAY TO THE ORDER OF

ROMANO & ROMANO
573 BLOOMFIELD AVE 2ND FL
VERONA NJ 07044

⑈015344⑈ ⑆021213397⑆ 01 20 001045⑈

15969

PLAINTIFF DISBURSEMENT

065661 015969

COURT
DOCKET #
L5?7899

SHERIFF'S
NUMBER
L 908670

RE: PNC BANK, NATIONAL ASSOCIATION

VS: ANTHONY CZYZ D/B/A GREATER PASSAIC CHIROPRACTIC CE

DATE 2/28/01

CHECK AMT. 4,703.32

COUNTY OF BERGEN
OFFICE OF THE SHERIFF
GENERAL ACCOUNT
1 COURT ST.
HACKENSACK, NJ 07601

THE TOWNE CENTER BANK
15 WASHINGTON STREET
LODI, NJ 07644

15969

55-1339/212
01

FOUR THOUSAND SEVEN HUNDRED THREE AND 32/100 DOLLARS

DATE 2/28/01

AMOUNT 4,703.32

PAY TO THE ORDER OF
ROMANO & ROMANO
573 BLOOMFIELD AVE 2ND FL
VERONA NJ 07044

⑈015969⑈ ⑆021213397⑆ 01 20 001045⑈

COUNTY OF BERGEN OFFICE OF THE SHERIFF
GENERAL ACCOUNT

001801

PLAINTIFF DISBURSEMENT — C71566 001801

COURT DOCKET #
L587899

SHERIFF'S NUMBER
L 908670

RE: PNC BANK, NATIONAL ASSOCIATION

VS: ANTHONY CZYZ D/B/A GREATER PASSAIC CHIROPRACTIC CE

| DATE | CHECK AMT. |
| --- | --- |
| 10/23/01 | 1,683.83 |

**COUNTY OF BERGEN**
**OFFICE OF THE SHERIFF**
GENERAL ACCOUNT
1 COURT STREET
HACKENSACK, NJ 07601

Commerce Bank America's Most Convenient Bank®
1-800-YES-2000
55-95/212

NO. 001801

ONE THOUSAND SIX HUNDRED EIGHTY THREE AND 83/100 DOLLARS

DATE 10/23/01 AMOUNT 1,683.83

PAY TO THE ORDER OF
ROMANO & ROMANO
573 BLOOMFIELD AVE 2ND FL
VERONA NJ 07044

⑈001801⑈ ⑆021200957⑆ ⑈037⑈65677 5⑈

COUNTY OF BERGEN OFFICE OF THE SHERIFF
GENERAL ACCOUNT
PLAINTIFF DISBURSEMENT

07255 002802 002802

COURT
DOCKET =
L587899

SHERIFF'S
NUMBER
L 908670

RE: PNC BANK, NATIONAL ASSOCIATION

VS: ANTHONY CZYZ D/B/A GREATER PASSAIC CHIROPRACTIC CE

| DATE | CHECK AMT. |
| --- | --- |
| 1/16/02 | 1,158.26 |

**COUNTY OF BERGEN**
**OFFICE OF THE SHERIFF**
**GENERAL ACCOUNT**
1 COURT STREET
HACKENSACK, NJ 07601

Commerce Bank America's Most Convenient Bank®
1-800-YES-2000
55-95/212

NO. 002802

ONE THOUSAND ONE HUNDRED FIFTY EIGHT AND 26/100 DOLLARS

DATE 1/16/02 AMOUNT 1,158.26

PAY TO THE ORDER OF

ROMANO & ROMANO
573 BLOOMFIELD AVE 2ND FL
VERONA NJ 07044

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈002802⑈ ⑆021200957⑆ ⑈037⑈65677 5⑈

SCHEDULE E

| | | | |
|---|---|---|---|
| 5/26/00 | Judgment | | $65,811.28 |
| | Interest to 11/22/00 | | $ 2,273.40 |
| | Payment 11/22/00 | - | $ 1,982.63 |
| | Total | | $66,102.05 |
| | Interest to 12/28/00 | + | $ 454.68 |
| | Payment 12/28/00 | - | $ 2,751.52 |
| | Subtotal | | $63,805.21 |
| | Interest to 3/2/01 | + | $ 783.36 |
| | Payment 3/2/01 | - | $ 4,703.32 |
| | Subtotal | | $59,885.25 |
| | Interest to 10/25/01 | + | $ 2,917.97 |
| | Payment 10/25/01 | - | $ 1,683.83 |
| | Subtotal | | $ 61,119.39 |
| | Interest to 1/16/02 | + | $ 1,021.73 |
| | Payment 1/16/02 | - | $ 1,158.26 |
| | Subtotal | | $ 60,982.86 |
| | Interest to 11/21/02 | + | $ 4,131.33 |
| | **TOTAL DUE PNC BANK AS OF 11/21/02** | | **$65,114.15** |