# COMMISA & CAMPANILE
### ATTORNEYS AT LAW
### A PROFESSIONAL CORPORATION

*Docket*

CARMINE D. CAMPANILE  
VINCENT D. COMMISA

600 SOUTH LIVINGSTON AVENUE  
SUITE 206  
LIVINGSTON, NEW JERSEY 07039

TELEPHONE (973) 533-1144  
TELECOPIER (973) 597-1070

EMAIL: COMMISACAMPANILE@AOL.COM

September 3, 2003

Honorable Morris Stern  
United Stated Bankruptcy Court  
District of New Jersey  
402 East State Street  
Trenton, New Jersey 08608

    Re:    **Czyz, Anthony - Chapter 13**  
           **Case No.: 02-44262**  
           **Hearing Date: September 4, 2003 at 9:00am**

Dear Judge Stern:

Please be advised that the debtor has a Motion scheduled to reduce, modify and expunge claims regarding first and second mortgages with PNC and a PNC judgment. As of this time, we must withdraw the Motion seeking to reduce, modify and expunge the claims regarding the first and second mortgage only.

                                        Very truly yours,

                                        Vincent D. Commisa

VDC:ss  
cc:    Laura M. Egerman, Esq.

C:\Corel\WPData\V.D.C\2003\09September\09.03.03.wpd